IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| WILTON SUTTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 108-107 |
| | ) |
| GARY MCCOY, Lieutenant, and | ) |
| JEFFERSON COUNTY JAIL, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this civil action is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 19th day of November, 2008, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE